# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) Case No. 2:04CR00009 |
| v. | ) |
| | ) **FINAL ORDER** |
| | ) |
| **ROBERT BRADLEY SCOTT**, | ) By: James P. Jones |
| | ) Chief United States District Judge |
| Defendant. | ) |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the government's Motion to Dismiss is GRANTED; the defendant's Motion (DE 460) regarding grand jury records is DENIED; and the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 is DENIED.

Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: April 14, 2010

/s/ JAMES P. JONES
Chief United States District Judge